SEALED

FILED

SEP 0 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13 - MJ - 0277   EFB

| IN THE MATTER OF THE ARREST OF | ) | S.W. No. |
|---|---|---|
| WENYI XU | ) | **[PROPOSED] ORDER RE:** |
| | ) | **REQUEST TO SEAL DOCUMENTS** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Upon application of the United States of America and good cause having been

shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and arrest

warrant affidavit underlying the arrest warrant in the above-captioned proceeding shall

be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated:
9-5-13

_____
EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California