UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 13, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WENYI XU, ) <br> ) <br> Defendant. ) | Case No. 2:13MJ00277-EFB-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __WENYI XU__, Case No. __2:13MJ00277-EFB-1__, Charge __18USC § 2256(2)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

    _✔_ Unsecured Appearance Bond $100,000.00

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _✔_ (Other)    Pretrial conditions as stated on the record.

The defendant shall not be released until 9/16/2013 @ 8:30 a.m..

Issued at __Sacramento, CA__ on __September 13, 2013__ at __2:00 p.m__.

                                                              By   /s/ Allison Claire/s/ Allison Claire
                                                                          Allison Claire
                                                                          United States Magistrate Judge

Copy 2 - Court