1
2
3
4
5

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

6
7

Attorney for Defendant
WENYI XU

8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          MAG-13-0277-EFB

12                 Plaintiff,           **STIPULATION FOR EXCLUSION
                                        OF TIME AND WAIVER OF TIME
13          vs.                         LIMITS IN RULE 5.1(C)AND ORDER**

14   WENYI XU,

15                 Defendant.

16

17          IT IS HEREBY STIPULATED between Plaintiff, United States, through their

18   attorney of record, Assistant United States Attorney Kyle Reardon and Defendant, Wenyi

19   Xu, through her attorney of record, David W. Dratman, as follows:

20          1. The Complaint in this case was filed on September 6, 2013, and defendant first

21   appeared before a judicial officer of the Court in which the charges in this case were

22   pending on September 11, 2013. On September 13, 2013, the Court set a preliminary

23   hearing date of October 8, 2013.

24          2. By this Stipulation, the parties jointly move for an extension of time of the

25   preliminary hearing date to November 5, 2013, at 2:00 p.m.  The parties stipulate that the

26   delay is required to allow the defense reasonable time for preparation, and for the

27   government's continuing investigation of the case. The parties further agree that the

28

STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF                                    1
TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Defendant further waives the time limits set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure; and, requests that this Court grant this request for extension and exclusion of time, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

4. Therefore, the parties request that the time between October 8, 2013, and November 5, 2013, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4; and that the preliminary hearing scheduled for October 8, 2013, be moved to November 5, 2013 at 2:00 p.m.

Dated: October 4, 2013        /s/ David W. Dratman
                       DAVID W. DRATMAN
                       Attorney for Defendant
                       WENYI XU

Dated:  October 4, 2013        BENJAMIN B. WAGNER
                       UNITED STATES ATTORNEY

                       By: /Kyle Reardon*
                       KYLE REARDON
                       Assistant U.S. Attorney
                       *Signed with permission

## ORDER

The Court has read and considered the above Stipulation and finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an exclusion of time pursuant to the applicable law.  This Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is ordered that the time between October 8, 2013, and November 5, 2013, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A); and, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Dated:  October 4, 2013

                       _____
                       CAROLYN K. DELANEY
                       UNITED STATES MAGISTRATE JUDGE