UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WENYI XU,<br><br>　　　　　Defendant. | No.  2:13-mj-00277 EFB<br><br><br>ORDER TO SHOW CAUSE |

　　　　Defendant Wenyi Xu made her initial appearance before the undersigned on September 11, 2013, and a detention hearing was held on September 13, 2013.  Defendant was assisted on both occasions by a Mandarin interpreter.  The docket entry for September 11, 2013 states that the court had been notified that an interpreter is required in this action for Wenyi Xu, and further states that it is counsel's responsibility to timely notify the Court Staff Interpreter when any proceeding requiring an interpreter is scheduled, continued, or cancelled.

　　　　At the detention hearing, a preliminary hearing was set for October 8, 2013 before the undersigned.  The preliminary hearing was subsequently continued by stipulation and order dated October 4, 2013.  The Court Staff Interpreter learned of the continuance for the first time from the court calendar on the morning of October 8, 2013, and called the Mandarin interpreter to advise him that his services were not needed that afternoon.  Because the interpreter was cancelled with less than 24 hours notice, the court unnecessarily incurred costs of $210.00 for interpretation

services.

Local Rule 403 provides in relevant part as follows:

>**(b) Notice of Need for Interpreter Services.** Defense counsel in criminal actions shall promptly determine whether they will need interpreter services for any defendants or defense witnesses at future court proceedings and shall timely notify the court staff interpreter, and/or the courtroom deputy clerk for the Judge or Magistrate Judge assigned to hear the action, that an interpreter is needed. . . .  If a scheduled court proceeding is canceled or rescheduled, counsel shall promptly notify the staff interpreter and/or courtroom deputy to cancel or reschedule any accompanying interpreter arrangements.
>
>****
>
>**(d) Sanctions.** Unjustified failure to notify the staff court interpreters of the need for an interpreter or of a cancelled or rescheduled hearing may result in sanctions, including an order directing counsel for the party, or counsel calling a witness, requiring the interpreter to pay the cost of interpreter services.

Accordingly, IT IS HEREBY ORDERED that defense counsel David W. Dratman shall show cause in writing within ten (10) days from the date of this order why sanctions in the amount of $210.00 should not be imposed for failure to timely notify the Court Staff Interpreter of the continuance of the preliminary hearing.

DATED: October 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2