DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WENYI XU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG-13-0277-EFB |
| Plaintiff, | **STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF TIME LIMITS IN RULE 5.1(C)AND ORDER** |
| vs. | |
| WENYI XU, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Kyle Reardon and Defendant, Wenyi Xu, through her attorney of record, David W. Dratman, as follows:

1. The Complaint in this case was filed on September 6, 2013, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 11, 2013. On September 13, 2013, the Court set a preliminary hearing date of October 8, 2013.  By Stipulation and Order this preliminary hearing was continued to November 5, 2013.

2. By this Stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 7, 2014, at 2:00 p.m.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the

1
2
3

government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4
5
6

3. Defendant further waives the time limits set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure; and, requests that this Court grant this request for extension and exclusion of time, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7
8
9
10

4. Therefore, the parties request that the time between November 5, 2013 and January 7, 2014 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4; and that the preliminary hearing scheduled for November 5, 2013, be moved to January 7, 2014 at 2:00 p.m.

11
12
13
14

Dated: November 1, 2013          /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 WENYI XU

15
16

Dated:  November 1, 2013         BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY

17
18
19

                                 By: /Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     *Signed with permission

20

## ORDER

21
22
23
24
25
26

The Court has read and considered the above Stipulation and finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an exclusion of time pursuant to the applicable law.  This Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

27
28

**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF**
**TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER**

2

It is ordered that the time between November 5, 2013, and January 7, 2014, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A), pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

It is so ordered.

Dated:  November 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
13mj0277.Xu.stipo