UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>WENYI XU,<br><br>            Defendant. | No.  2:13-mj-00277 EFB<br><br><br><br>ORDER RE SANCTIONS |

On October 9, 2012, the undersigned issued an Order to Show Cause why counsel for defendant Wenyi Xu should not be sanctioned pursuant to Local Rule 403 (d) for failure to timely cancel the Mandarin interpreter when the preliminary hearing in this matter was continued. Counsel David W. Dratman responded to the OSC on October 16, 2013, acknowledging responsibility for his oversight.  ECF No. 21.

The failure of a party requiring interpreter services to comply with Local Rule 403(b), regarding notice of the need *vel non* for interpreter services, burdens the court and its Staff Interpreter.  In this case, the court incurred costs of $210.00 for the late cancellation of contract interpreter servicers.  Pursuant to Local Rule 403(d), counsel will be ordered to reimburse the court for this unnecessary expense.

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that defense counsel David W. Dratman shall,
2 within seven days, pay sanctions in the amount of $210.00.  The check shall be made payable to
3 "Clerk, U.S. District Court" and may be mailed or personally delivered to the Clerk's Office.  The
4 check should clearly indicate that it is for sanctions in Case No. 2:13-mj-00277 EFB.
5 DATED: November 6, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE