DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WENYI XU

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    vs.<br><br>WENYI XU,<br><br>                         Defendant. | MAG-13-0277-EFB<br><br>**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF TIME LIMITS IN RULE 5.1(C)AND ORDER** |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their

attorney of record, Assistant United States Attorney Kyle Reardon and Defendant, Wenyi

Xu, through her attorney of record, David W. Dratman, as follows:

1. The Complaint in this case was filed on September 6, 2013, and defendant first

appeared before a judicial officer of the Court in which the charges in this case were

pending on September 11, 2013. On September 13, 2013, the Court set a preliminary

hearing date of October 8, 2013.  By Stipulation and Order this preliminary hearing was

continued to November 5, 2013; and, thereafter to January 7, 2014.

2. By this Stipulation, the parties jointly move for an extension of time of the

1

2

3   preliminary hearing date to March 17, 2014, at 2:00 p.m.  The parties stipulate that the

4   delay is required to allow the defense reasonable time for preparation, and for the

5   government's continuing investigation of the case. The parties further agree that the

6   interests of justice served by granting this continuance outweigh the best interests of the

7   public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8        3. Defendant further waives the time limits set forth in Rule 5.1(c) of the Federal

9

10  Rules of Criminal Procedure; and, requests that this Court grant this request for extension

11  and exclusion of time, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

12       4. Therefore, the parties request that the time between January 7, 2014 and March

13
17, 2014 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4; and that
14

15  the preliminary hearing scheduled for January 7, 2014 be moved to March 17, 2014 at

16  2:00 p.m.

17  Dated: January 2, 2014              /s/ David W. Dratman
18                                      DAVID W. DRATMAN
                                        Attorney for Defendant
19                                      WENYI XU

20  Dated:  January 2, 2014             BENJAMIN B. WAGNER
21                                      UNITED STATES ATTORNEY

22                                   By: /Kyle Reardon*
23                                      KYLE REARDON
                                        Assistant U.S. Attorney
24                                      *Signed with permission

25                               **ORDER**
26
        The Court has read and considered the above Stipulation and finds that the
27

28  Stipulation, which this Court incorporates by reference into this Order, demonstrates good

**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF**
**TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER**

2

cause for an exclusion of time pursuant to the applicable law.  This Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is ordered that the time between January 7, 2014 and March 17, 2014, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A), pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:  January 3, 2014

Dad1.crim
13mj0277.Xu.Stip.Cont.docx

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE