DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WENYI XU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>WENYI XU,<br><br>          Defendant. | MAG-13-0277-EFB<br><br>**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER** |

     IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Kyle Reardon and Defendant, Wenyi Xu, through her attorney of record, David W. Dratman, as follows:

     1. The Complaint in this case was filed on September 6, 2013, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 11, 2013. On September 13, 2013, the Court set a preliminary hearing date of October 8, 2013.  By Stipulation and Order this preliminary hearing was continued to November 5, 2013, January 7, 2014, March 17, 2014, May 9, 2014, May 28, 2013 and July 10, 2014.

**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER**  1

2. By this Stipulation, the parties jointly move for an extension of time of the preliminary hearing date to August 21, 2014, at 2:00 p.m. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Defendant further waives the time limits set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure; and, requests that this Court grant this request for extension and exclusion of time, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

4. Therefore, the parties request that the time between May 28, 2014 and July  , 2014 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4; and that the preliminary hearing scheduled for July 10, 2014 be moved to August 21, 2014 at 2:00 p.m.

Dated:  July 7, 2014                    /s/ David W. Dratman
                                        DAVID W. DRATMAN
                                        Attorney for Defendant
                                        WENYI XU

Dated:  July 7, 2014                    BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        By: /Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney
                                            *Signed with permission

**STIPULATION FOR EXCLUSION OF TIME AND WAIVER OF
TIME LIMITS IN RULE 5.1(C)AND [PROPOSED] ORDER**                    2

# ORDER

The Court has read and considered the above Stipulation and finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an exclusion of time pursuant to the applicable law.  This Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is ordered that the time between July 10, 2014 and August 21, 2014, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A), pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

It is so ordered.

Dated:  July 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE