BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-mj-0277 EFB |
|---|---|
| Plaintiff, | UNITED STATES'S REQUEST FOR LEAVE TO DISMISS COMPLAINT; ORDER |
| v. | |
| WENYI XU, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby requests leave of the Court to dismiss the complaint in the above-captioned case.

On September 5, 2013, the defendant Wenyi Xu was charged in this Court by criminal complaint with violating Title 18, United States Code Section 2256(2) (receipt of child pornography) and Title 18, United States Code Section 2252(a)(4)(B) (possession of child pornography).

On or about August 21, 2014, the defendant pled no contest to a criminal information in the case of *People v. Xu*, CR-FL-13-0002702, filed in Yolo County Superior Court charging her with violations of California Penal Code Sections 311.11(a) (possession of child pornography), 314.1 (indecent exposure), and 647.6(a) (child molestation). On or about October 27, 2014, Xu was sentenced in Yolo County Superior Court to a term of imprisonment of three years and eight months on the violations. Defendant is subject to parole supervision upon her release from state prison for up to three years.

The violations to which defendant pled no contest in Yolo County Superior Court and for which she was sentenced are based on the same criminal acts which give rise to the charges in the criminal complaint filed with this Court.  In consideration of the sentence of imprisonment imposed by the Yolo County Superior Court and the interests of justice, the United States requests leave of the Court to dismiss the criminal complaint in the above-captioned case <u>without</u> prejudice.

Respectfully submitted,

Dated:  November 18, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

This matter came before the Court on the United States's request for leave to dismiss the criminal complaint in the above-captioned case.  The Court hereby GRANTS the United States leave to dismiss the complaint and ORDERS the complaint dismissed <u>without</u> prejudice.  The Clerk of the Court shall close the file of the case.

IT IS SO ORDERED.

Dated:  November 19, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE