DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WENYI XU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>WENYI XU,<br><br>                    Defendant. | 2:13-mj-0277-EFB<br><br>**REQUEST FOR RETURN OF PASSPORTS AND [PROPOSED] ORDER** |

   Based upon the dismissal of the Complaint in this matter (Docket Number 36), it is requested that the U.S. and Chinese passports posted in support of Wenyi Xu's release (Docket Number 8) be returned forthwith.

Dated:  January 6, 2015                          /s/ David W. Dratman
                                                 DAVID W. DRATMAN
                                                 Attorney for Defendant
                                                 WENYI XU

## ORDER

   It is so ordered.

Dated:  January 6, 2015

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim.xu0277.order
**REQUEST FOR RETURN OF PASSPORT AND [PROPOSED] ORDER**

1